IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-cv-00295-M

| | | |
|---|---|---|
| SIDDHANTH SHARMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANCIS DE LUCA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the State Board's Unopposed Motion to Consolidate Briefing Schedules. [D.E. 10]. For good cause shown, the motion is GRANTED. The consolidated briefing schedule requires the State Board to answer or otherwise respond to Plaintiff's Complaint [D.E. 1] and to respond to Plaintiff's Motion for Preliminary Injunction [D.E. 9] on or before July 7, 2025. Plaintiff shall submit a reply in support of his Motion for Preliminary Injunction and response to any motion to dismiss on or before July 28, 2025. The State Board shall submit any reply in support of a motion to dismiss on or before August 11, 2025.

Dated:  June 23, 2025

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge